THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK HINTZE,

                    Plaintiff,

          v.

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

                    Defendant.

Case No. 2:19-cv-00830-MJP

**ORDER OF DISMISSAL**

The parties having stipulated that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without fees or costs.

DATED: January 2, 2020.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1
No. 2:19-cv-00830-MJP

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0190/7886604.1

Presented by:

LANE POWELL PC


By _s/Charles C. Huber_____
 D. Michael Reilly, WSBA No. 14674
 Charles C. Huber, WSBA No. 18941
Attorneys for Defendant Unum Life Insurance
Company of America

Approved as to form; Notice of Presentation
Waived:

ROY LAW GROUP


By __s/Chris Roy per electronic authorization_
 Chris Roy, WSBA No. 29070
 R. Darrin Class, WSBA No. 21925
 Jesse Cowell, WSBA No. 50725
Attorneys for Plaintiff

ORDER OF DISMISSAL - 2
No. 2:19-cv-00830-MJP

100447.0190/7886604.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107